**ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE BAYAMÓN
SALA SUPERIOR**

| | |
|---|---|
| **WILLIAM GEORGE PINTAS**  Demandante,  v.  **SETH BRUCE**  Demandado. | CIVIL NÚM.  SOBRE: DAÑOS Y PERJUICIOS DIFAMACIÓN |

**DEMANDA**

**AL HONORABLE TRIBUNAL:**

**COMPARECE** la parte demandante, Sr. William George Pintas, representado por el abogado que suscribe y, muy respetuosamente, expone, alega y solicita:

**I.      LAS PARTES**

1.  El señor William George Pintas es una persona natural, mayor de edad, abogado de profesión, y vecino del municipio de Dorado, Puerto Rico, con domicilio en The Isles, 33 Icacos Lane, Dorado, Puerto Rico 00646, y número telefónico (312) 375-6983.  El Sr. Pintas es cofundador de la organización legal The Trial Lawyers of Puerto Rico, con sede en San Juan, y goza de amplia reputación en la comunidad legal puertorriqueña.  Además, dirige un prestigioso bufete de abogados con sede en Puerto Rico que representa a litigantes a través de todos los Estados Unidos.

2.  El señor Seth Bruce (en adelante, "el Demandado") es una persona natural, mayor de edad, residente en 368 W Huron Street, Unit 3N, Chicago, Illinois 60654.

**II.     JURISDICCIÓN Y COMPETENCIA**

3.  Este Honorable Tribunal tiene jurisdicción sobre el presente pleito conforme a lo dispuesto en los Artículos 5.001, 5.003 y 5.005 de la Ley Núm. 201-2003, según enmendada, conocida como la Ley de la Judicatura del Estado Libre Asociado de Puerto Rico. 4 L.P.R.A. §§ 25a, 25c y 25e.

4.  Por otro lado, a tenor con las Reglas 3.2 y 3.5 de Procedimiento Civil, la Sala de Bayamón tiene competencia sobre la materia y las partes de este caso.  32 L.P.R.A. Ap. V, R. 3.2 y 3.5.

**DEMANDA**
**Página** 2

5. Además, aunque se trata de un residente de Illinois, este Tribunal tiene jurisdicción personal sobre el Demandado, conforme a la doctrina del "efecto en el foro" según sostuvo el Tribunal Supremo de los Estados Unidos en <u>Calder v. Jones</u>, 465 U.S. 783 (1984), ya que las expresiones difamatorias fueron intencionalmente dirigidas a causar daño al Sr. Pintas con pleno conocimiento de que este reside en Puerto Rico, donde mantiene su residencia, vida profesional y reputación.

6. El Demandado sabía y no podía ignorar que el Demandante reside en Puerto Rico, donde lidera una firma de abogados y es figura prominente en la comunidad jurídica. Por tanto, el daño reputacional provocado por sus expresiones falsas era no solo previsible, sino también inevitable en este foro.

7. La lesión principal, esto es, el daño a su reputación profesional, relaciones sociales, angustias emocionales y consecuencias económicas, ocurrió en Puerto Rico, donde el Demandante vive, trabaja y es conocido. Esto activa la aplicación de la doctrina del lugar del daño (place of injury).

8. Aun si las expresiones se originaron fuera de Puerto Rico, fueron repetidas y promovidas hacia terceros con vínculos en Puerto Rico. Asimismo, el Demandado, a través de sus comunicaciones escritas y verbales, así como sus expresiones hechas a través de terceros a nombre de este, diseminó las alegaciones difamatorias a terceros con conocimiento de que las mismas serían divulgadas entre colegas y contactos profesionales del Demandante en Puerto Rico.

### III.    EXPOSICIÓN DE LOS HECHOS

9. El Sr. Pintas es abogado de reconocida trayectoria, especializado en litigios civiles de alto perfil, y cuenta con una práctica profesional que opera nacionalmente desde Puerto Rico. Su credibilidad es fundamental para el manejo de casos y clientes, y su reputación profesional es uno de sus principales activos. Además, en lo que respecta directamente a las expresiones difamatorias del demandado, el Sr. Pintas es inversionista en bienes raíces con relaciones muy valiosas y respetadas con empresas de corredores de bienes raíces tanto en Puerto Rico como a nivel nacional, como lo es Berkshire Hathaway Home Services, una de las entidades que recibió las comunicaciones con expresiones difamatorias.

10. En o alrededor del 11 de noviembre de 2024, el Demandado comenzó a difundir alegaciones falsas contra el Demandante en el contexto de la venta de una unidad residencial en el condominio 368 W. Huron Street, en Chicago, Illinois. El Demandado afirmó falsamente que el

BY2025CV04149 06/08/2025 09:45 pm Entrada Núm. 1 Página 3 de 4
Case 3:25-cv-01445 Document 1-1 Filed 08/22/25 Page 3 of 16

DEMANDA
Página 3

Sr. Pintas había hecho representaciones fraudulentas al completar un formulario requerido por las leyes de Illinois, indicando incorrectamente que el fondo de reserva del condominio tenía $20,000 y que no se anticipaban gastos de capital en el futuro inmediato.

11. Posteriormente, en o alrededor del 19 de diciembre de 2024, el Demandado acusó al Sr. Pintas de haberse identificado falsamente como "Presidente" de la Asociación de Condómines al suscribir un formulario Fannie Mae 1076. Dichas acusaciones fueron diseminadas por el Demandado a otros miembros de la Asociación y a terceros con quien el Demandante mantiene relaciones personales y profesionales, incluyendo individuos con vínculos en Puerto Rico.

12. En o alrededor del 12 de junio de 2025, el Demandado reiteró sus alegaciones e implicó que el Demandante había cometido malversación de fondos, solicitando estados financieros y acusando la existencia de transacciones "alarmantes". Posteriormente, el Demandado promovió estas alegaciones a otros miembros de la Asociación y a terceros, incluso después de que los hechos fueran aclarados por medio de una carta enviada por un representante legal del Sr. Pintas el 25 de julio de 2025, refutando punto por punto las falsedades difamatorias diseminadas.

13. A pesar de dicha carta aclaratoria, el Demandado continuó repitiendo las alegaciones falsas a terceros, incluyendo personas con vínculos profesionales con el Demandante.

14. Estas expresiones han tenido un efecto directo y devastador sobre la reputación del Demandante en Puerto Rico y también en Estados Unidos. Han generado dudas entre colegas, familiares, clientes y miembros de asociaciones profesionales con base o presencia en Puerto Rico.

### IV. CAUSA DE ACCIÓN – DIFAMACIÓN

15. Se reiteran y adoptan por referencia todas las alegaciones anteriores.

16. Las expresiones del Demandado son falsas, difamatorias, maliciosas y fueron hechas con total desprecio hacia la verdad y con el claro propósito de lesionar la reputación del Sr. Pintas.

17. La imputación de conducta fraudulenta, de malversación de fondos, de falsificación o tergiversación de cargos, constituye difamación per se en derecho puertorriqueño.

18. Las alegaciones del Demandado han tenido como resultado la pérdida de oportunidades comerciales, cuestionamientos profesionales, daño a su reputación personal y profesional, y angustias emocionales significativas.

Case 3:25-cv-01445   Document 1-1   Filed 08/22/25   Page 4 of 16
BY2025CV04149 06/08/2025 09:45 pm Entrada Núm. 1 Página 4 de 4

**DEMANDA**
**Página** 4

19. El Demandante ha sufrido estos daños primordialmente en Puerto Rico, donde reside, trabaja y mantiene sus relaciones sociales, profesionales y comerciales más relevantes.

20. La cuantía de los daños sufridos por el Demandante excede un millón de dólares ($1,000,000.00) y se detallarán más a fondo en el proceso de descubrimiento de prueba.

**POR TODO LO CUAL,** se solicita muy respetuosamente al Honorable Tribunal que declare con lugar la presente Demanda, y, en consecuencia:

a) Declare con lugar la presente demanda;

b) Condene al Demandado al pago de una suma no menor de $1,000,000.00 por concepto de daños y perjuicios;

c) Le imponga el pago de costas, gastos y honorarios de abogado; y

d) Conceda cualquier otro remedio que en derecho proceda.

**RESPETUOSAMENTE SOMETIDO.**

En San Juan, Puerto Rico, a 6 de agosto de 2025.

**Baralt Law LLC**
PO Box 195103
San Juan PR 00919
(939) 625-3712

**f/ CARLOS R. BARALT SUÁREZ**
TS Núm. 18,295
cbaralt@baraltlaw.com

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**CENTRO JUDICIAL DE BAYAMÓN**
**SALA SUPERIOR**

| | |
|---|---|
| **WILLIAM GEORGE PINTAS** <br><br> Demandante, <br><br> v. <br><br> **SETH BRUCE** <br><br> Demandado. | CIVIL NÚM. BY2025CV04149 <br><br> SOBRE: <br> DAÑOS Y PERJUICIOS <br> DIFAMACIÓN |

**MOCIÓN SOLICITANDO EXPEDICIÓN DE EMPLAZAMIENTO**

**AL HONORABLE TRIBUNAL:**

**COMPARECE** la parte demandante, Sr. William George Pintas, representado por el abogado que suscribe y, muy respetuosamente, expone, alega y solicita:

1. En el día de hoy se presentó la *Demanda* en el caso de referencia. (SUMAC #1).

2. Junto con la presente moción se somete el formulario de Emplazamiento dirigido a la parte demandada y se solicita respetuosamente la expedición del mismo por parte del Honorable Tribunal.

**POR TODO LO CUAL**, se solicita que el Honorable Tribunal tome conocimiento de lo aquí dispuesto, expida el emplazamiento que se acompaña a la presente moción y dicte cualquier otro remedio que en derecho proceda.

**RESPETUOSAMENTE SOMETIDO.**

En San Juan, Puerto Rico, a 6 de agosto de 2025.

**CERTIFICO** haber presentado este escrito a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC) que, a su vez, generará una notificación electrónica del documento presentado a los representantes legales registrados en el caso.

**Baralt Law LLC**
PO Box 195103
San Juan PR 00919
(939) 625-3712

**f/ CARLOS R. BARALT SUÁREZ**
TS Núm. 18,295
cbaralt@baraltlaw.com

Formulario OAT 1721  
(Rev. Agosto 2023)

Página 1 de 3

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL GENERAL DE JUSTICIA**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE BAYAMÓN**

| | |
|---|---|
| WILLIAM GEORGE PINTAS<br>**Parte Demandante**<br><br>v.<br><br>SETH BRUCE<br>**Parte Demandada** | Caso Núm. BY2025CV04149<br>Salón Núm. _____<br><br>Acción Civil de: LIBELO, CALUMNIA O DIFAMACIÓN |

**EMPLAZAMIENTO**

ESTADOS UNIDOS DE AMERICA, SS
EL PRESIDENTE DE LOS ESTADOS UNIDOS
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO

**A: SETH BRUCE**

368 W HURON STREET UNITE 3N CHICAGO, ILLINOIS, ESTADOS UNIDOS 60654

POR LA PRESENTE se le emplaza para que presente al tribunal su alegación responsiva dentro de los 30 días de haber sido diligenciado este emplazamiento, excluyéndose el día del diligenciamiento. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://www.poderjudicial.pr/index.php/tribunal-electronico/, salvo que el caso sea de un expediente físico o que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la Secretaría del Tribunal y notificar copia de la misma al (a la) abogado(a) de la parte demandante o a ésta, de no tener representación legal. Si usted deja de presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente. Además, se le apercibe que, en los casos al amparo de la Ley Núm. 57-2023, titulada Ley para la Prevención del Maltrato, Preservación de la Unidad Familiar y para la Seguridad, Bienestar y Protección de los Menores, entre los remedios que el Tribunal podrá conceder se incluyen la ubicación permanente de un (una) menor fuera de su hogar, el inicio de procesos para la privación de patria potestad, y cualquier otra medida en el mejor interés del (de la) menor. (Artículo 33, incisos b y f de la Ley Núm. 57-2023). Se le advierte de su derecho a comparecer acompañado(a) de abogado(a) en los casos que proceda.

Nombre del Abogado: Carlos R. Baralt Suárez
RUA: 18295
Dirección: Po Box 195103, SAN JUAN, PUERTO RICO, PUERTO RICO, 00919
Tel: 9396253712 / Fax:
Correo Electrónico: cbaralt@baraltlaw.com

Expedido bajo mi firma y sello del Tribunal, el _____ de _____ de _____ .

Por: _____

_____
Nombre del (de la)
Secretario(a) Regional

Nombre del (de la)
Secretario(a) Auxiliar del Tribunal

_____
Firma del (de la)
Secretario(a) Auxiliar del Tribunal

BY2025CV04149 06/08/2025 09:48 pm Entrada Núm. 2 Página 2 de 3
Case 3:25-cv-01445    Document 1-1    Filed 08/22/25    Page 7 of 16

Formulario OAT 1721
(Rev. Agosto 2023)

Página 2 de 3

Caso Núm. **BY2025CV04149** _____

## CERTIFICADO DE DILIGENCIAMIENTO POR EL (LA) ALGUACIL

Yo, _____ Alguacil del Tribunal de Primera Instancia de Puerto Rico, Sala de _____ .

CERTIFICO que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizada por mí, el ____ de _____ de _____, a las _____ ☐ a.m. ☐ p.m., de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física:
_____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física:
_____

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para recibir emplazamientos en la siguiente dirección física:
_____

☐ No se pudo diligenciar el emplazamiento personalmente debido a que:
_____
_____

En _____, Puerto Rico, el ____ de _____ de _____ .

| _____ | _____ |
| Nombre del (de la) Alguacil Regional | Nombre del (de la) Alguacil de Primera Instancia y Número de Placa |

_____
Firma del (de la) Alguacil de Primera Instancia

## DILIGENCIAMIENTO DEL EMPLAZAMIENTO POR PERSONA PARTICULAR

Yo, _____, declaro tener capacidad legal conforme la Regla 4.3 de Procedimiento Civil de Puerto Rico, y certifico que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizado por mí, el ____ de _____ de _____ , de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física:
_____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física:
_____

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demanda o designada por ley para recibir emplazamientos en la siguiente dirección física:
_____

☐ No se pudo diligenciar el emplazamiento personalmente debido a que:
_____
_____

COSTOS DEL DILIGENCIAMIENTO: $ _____

## DECLARACIÓN DEL (DE LA) EMPLAZADOR(A)

Declaro bajo pena de perjurio, conforme a las leyes del Estado Libre Asociado de Puerto Rico, que la información provista en el diligenciamiento del emplazamiento es verdadera y correcta.

Y PARA QUE ASÍ CONSTE, suscribo la presente en _____ , Puerto Rico, el ____ de _____ de _____ .

_____
Firma del (de la) emplazador(a)

_____
Dirección del (de la) emplazador(a)

AFFIDÁVIT NÚM. _____ [en caso de ser juramentado ante un(a) notario(a)]

Jurado(a) y suscrito(a) ante mí por _____ , de las circunstancias personales anteriormente mencionadas, a quien doy fe de conocer
_____
(conocimiento personal o, en su defecto, la acreditación del medio supletorio provisto por la Ley Notarial)

En _____ , Puerto Rico, el ____ de _____ de _____ .

| _____ | Por: _____ |
| Nombre del (de la) Notario(a) o Secretario(a) Regional | Nombre del (de la) Secretario(a) Auxiliar del Tribunal |

_____
Firma del (de la) Secretario(a) Auxiliar del Tribunal

BY2025CV04149 06/08/2025 09:48 pm Entrada Núm. 2 Página 3 de 3
Case 3:25-cv-01445   Document 1-1   Filed 08/22/25   Page 8 of 16
Formulario OAT 1721                                                                            Página 3 de 3
(Rev. Agosto 2023)

**BY2025CV04149**
Caso Núm. _____

## DILIGENCIAMIENTO BAJO LEY NÚM. 57-2023

Yo, _____, certifico que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizado por mí, el ____ de _____ de _____, de la siguiente forma:

☐ Mediante envío a la parte demandada por correo electrónico a la siguiente dirección:
_____

☐ Mediante envío a la parte demandada por correo regular a la siguiente dirección:
_____

## DECLARACIÓN DEL (DE LA) EMPLAZADOR(A)

Declaro bajo pena de perjurio, conforme a las leyes del Estado Libre Asociado de Puerto Rico, que la información provista en el diligenciamiento del emplazamiento es verdadera y correcta.

Y PARA QUE ASÍ CONSTE, suscribo la presente en _____, Puerto Rico, el ____ de _____ de _____.

_____          _____
Firma del (de la) emplazador(a)                      Dirección del (de la) emplazador(a)

AFFIDÁVIT NÚM. _____ [en caso de ser juramentado ante un(a) notario(a)]

Jurado(a) y suscrito(a) ante mí por _____,
de las circunstancias personales anteriormente mencionadas, a quien doy fe de conocer
_____
(conocimiento personal o, en su defecto, la acreditación del medio supletorio provisto por la Ley Notarial)

En _____, Puerto Rico, el _____ de _____ de _____.

_____          Por: _____
Nombre del (de la) Notario(a) o                            Nombre del (de la)
Secretario(a) Regional                                      Secretario(a) Auxiliar del Tribunal

                                                         _____
                                                         Firma del (de la)
                                                         Secretario(a) Auxiliar del Tribunal

Formulario OAT 1721
(Rev. Agosto 2023)

Página 1 de 3

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL GENERAL DE JUSTICIA**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE BAYAMÓN**

| | |
|---|---|
| WILLIAM GEORGE PINTAS **Parte Demandante** v. SETH BRUCE **Parte Demandada** | Caso Núm. BY2025CV04149 Salón Núm. 703 Acción Civil de: LIBELO, CALUMNIA O DIFAMACIÓN |

**EMPLAZAMIENTO**

ESTADOS UNIDOS DE AMERICA, SS
EL PRESIDENTE DE LOS ESTADOS UNIDOS
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO

**A: SETH BRUCE**

368 W HURON STREET UNITE 3N CHICAGO, ILLINOIS, ESTADOS UNIDOS 60654

POR LA PRESENTE se le emplaza para que presente al tribunal su alegación responsiva dentro de los 30 días de haber sido diligenciado este emplazamiento, excluyéndose el día del diligenciamiento. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://www.poderjudicial.pr/index.php/tribunal-electronico/, salvo que el caso sea de un expediente físico o que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la Secretaría del Tribunal y notificar copia de la misma al (a la) abogado(a) de la parte demandante o a ésta, de no tener representación legal. Si usted deja de presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente. Además, se le apercibe que, en los casos al amparo de la Ley Núm. 57-2023, titulada Ley para la Prevención del Maltrato, Preservación de la Unidad Familiar y para la Seguridad, Bienestar y Protección de los Menores, entre los remedios que el Tribunal podrá conceder se incluyen la ubicación permanente de un (una) menor fuera de su hogar, el inicio de procesos para la privación de patria potestad, y cualquier otra medida en el mejor interés del (de la) menor. (Artículo 33, incisos b y f de la Ley Núm. 57-2023). Se le advierte de su derecho a comparecer acompañado(a) de abogado(a) en los casos que proceda.

Nombre del Abogado: Carlos R. Baralt Suárez
RUA: 18295
Dirección: Po Box 195103, SAN JUAN, PUERTO RICO, PUERTO RICO, 00919
Tel: 9396253712 / Fax:
Correo Electrónico: cbaralt@baraltlaw.com

Expedido bajo mi firma y sello del Tribunal, el 8 de agosto de 2025.

Alicia Ayala Sanjurjo
Nombre del (de la)
Secretario(a) Regional

Por: f/Elizabeth Oliveras Pérez
Nombre del (de la)
Secretario(a) Auxiliar del Tribunal

*Elizabeth Oliveras Pérez*
Firma del (de la)
Secretario(a) Auxiliar del Tribunal

ID: 6CF68E71-7944-487F-93AA-3D13ABB9EFA2    FIRMADO ELECTRÓNICAMENTE: 08/08/2025 01:30:02 PM

BY2025CV04149, 06/08/2025 09:48 pm Entrada Núm. 2 Página 2 de 3
Case 3:25-cv-01445   Document 1-1   Filed 08/22/25   Page 10 of 16
Formulario OAT 1721
(Rev. Agosto 2023)
Página 2 de 3

Caso Núm. __BY2025CV04149__

## CERTIFICADO DE DILIGENCIAMIENTO POR EL (LA) ALGUACIL

Yo, _____ Alguacil del Tribunal de Primera Instancia de Puerto Rico, Sala de _____ .

CERTIFICO que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizada por mí, el ____ de _____ de _____, a las _____ ☐ a.m. ☐ p.m., de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física:
_____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física:
_____

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para recibir emplazamientos en la siguiente dirección física:
_____

☐ No se pudo diligenciar el emplazamiento personalmente debido a que:
_____
_____

En _____, Puerto Rico, el ____ de _____ de _____ .

_____          _____
Nombre del (de la) Alguacil Regional          Nombre del (de la) Alguacil de Primera Instancia
                                              y Número de Placa

                                              _____
                                              Firma del (de la) Alguacil de Primera Instancia

## DILIGENCIAMIENTO DEL EMPLAZAMIENTO POR PERSONA PARTICULAR

Yo, _____, declaro tener capacidad legal conforme la Regla 4.3 de Procedimiento Civil de Puerto Rico, y certifico que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizado por mí, el ____ de _____ de _____ , de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física:
_____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física:
_____

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demanda o designada por ley para recibir emplazamientos en la siguiente dirección física:
_____

☐ No se pudo diligenciar el emplazamiento personalmente debido a que:
_____
_____

COSTOS DEL DILIGENCIAMIENTO: $ _____

### DECLARACIÓN DEL (DE LA) EMPLAZADOR(A)

Declaro bajo pena de perjurio, conforme a las leyes del Estado Libre Asociado de Puerto Rico, que la información provista en el diligenciamiento del emplazamiento es verdadera y correcta.

Y PARA QUE ASÍ CONSTE, suscribo la presente en _____ , Puerto Rico, el ____ de _____ de _____ .

_____          _____
Firma del (de la) emplazador(a)

                                              _____
                                              Dirección del (de la) emplazador(a)

AFFIDÁVIT NÚM. _____ [en caso de ser juramentado ante un(a) notario(a)]

Jurado(a) y suscrito(a) ante mí por _____ , de las circunstancias personales anteriormente mencionadas, a quien doy fe de conocer
_____
(conocimiento personal o, en su defecto, la acreditación del medio supletorio provisto por la Ley Notarial)

En _____ , Puerto Rico, el ____ de _____ de _____ .

_____          Por: _____
Nombre del (de la) Notario(a) o                    Nombre del (de la)
   Secretario(a) Regional                          Secretario(a) Auxiliar del Tribunal

                                                   _____
                                                   Firma del (de la)
                                                   Secretario(a) Auxiliar del Tribunal

Formulario OAT 1721 (Rev. Agosto 2023)

Página 3 de 3

**BY2025CV04149**

Caso Núm. _____

## DILIGENCIAMIENTO BAJO LEY NÚM. 57-2023

Yo, _____, certifico que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizado por mí, el ____ de _____ de _____, de la siguiente forma:

☐ Mediante envío a la parte demandada por correo electrónico a la siguiente dirección:
_____

☐ Mediante envío a la parte demandada por correo regular a la siguiente dirección:
_____

### DECLARACIÓN DEL (DE LA) EMPLAZADOR(A)

Declaro bajo pena de perjurio, conforme a las leyes del Estado Libre Asociado de Puerto Rico, que la información provista en el diligenciamiento del emplazamiento es verdadera y correcta.

Y PARA QUE ASÍ CONSTE, suscribo la presente en _____, Puerto Rico, el ____ de _____ de _____ .

_____           _____
Firma del (de la) emplazador(a)                         Dirección del (de la) emplazador(a)

AFFIDÁVIT NÚM. _____ [en caso de ser juramentado ante un(a) notario(a)]

Jurado(a) y suscrito(a) ante mí por _____, de las circunstancias personales anteriormente mencionadas, a quien doy fe de conocer _____
(conocimiento personal o, en su defecto, la acreditación del medio supletorio provisto por la Ley Notarial)

En _____, Puerto Rico, el ____ de _____ de _____ .

_____      Por: _____
Nombre del (de la) Notario(a) o                      Nombre del (de la)
Secretario(a) Regional                                      Secretario(a) Auxiliar del Tribunal

_____
Firma del (de la)
Secretario(a) Auxiliar del Tribunal



ID: 6CF68E71-7944-487F-93AA-3D13ABB9EFA2      FIRMADO ELECTRÓNICAMENTE: 08/08/2025 01:30:02 PM

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE BAYAMÓN**

| | |
|---|---|
| **WILLIAM GEORGE PINTAS**<br>Parte Demandante<br>V.<br>**SETH BRUCE**<br>Parte Demandada | Caso Núm.: BY2025CV04149<br>Sala: Salón 703<br>Sobre:<br>LIBELO, CALUMNIA O DIFAMACIÓN |

**Orden**

La Regla 21 de las de Administración del Tribunal de Primera Instancia y mediante la **Orden Administrativa Núm. XVI** del 1 de febrero de 1995 del Juez Presidente del **Tribunal Supremo**, se establece que los abogados tienen la obligación de notificar a los Tribunales en su primer escrito la dirección física y postal, así como el teléfono de la parte que representan. En el caso de epígrafe no se ha cumplido con las disposiciones anteriores, en cuanto a la dirección postal de la parte demandante

Tiene **diez (10) días** el **Lcdo. Carlos R. Baralt Suárez** para cumplir con lo anterior dispuesto.

Notifíquese.
Bayamón, Puerto Rico, hoy 10 de agosto de 2025.

*Karla Mellado*

_____
KARLA S. MELLADO DELGADO
Juez(a)



ID: 85F380E8-A1AD-4E33-8998-782A79664B52    Firmado Electrónicamente: 10/08/2025 08:56:26 am

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**CENTRO JUDICIAL DE BAYAMÓN**
**SALA SUPERIOR**

| | |
|---|---|
| **WILLIAM GEORGE PINTAS**<br><br>    Demandante,<br><br>          v.<br><br>**SETH BRUCE**<br><br>    Demandado. | CIVIL NÚM. BY2025CV04149<br><br>SOBRE:<br>DAÑOS Y PERJUICIOS<br>DIFAMACIÓN |

**MOCIÓN EN CUMPLIMIENTO DE ORDEN**

**AL HONORABLE TRIBUNAL:**

**COMPARECE** la parte demandante, Sr. William George Pintas, representado por el abogado que suscribe y, muy respetuosamente, expone, alega y solicita:

1.      El 10 de agosto de 2025, el Honorable Tribunal emitió una orden en la cual requirió al compareciente informar dentro del término de 10 días la dirección postal y física del demandante, a tenor con la a Regla 21 de las de Administración del Tribunal de Primera Instancia y la Orden Administrativa Núm. XVI del 1 de febrero de 1995 del Juez Presidente del Tribunal Supremo.

2.      En cumplimiento con lo anterior, se informa que la dirección tanto física como postal del demandante es: The Isles, 33 Icacos Lane, Dorado, Puerto Rico 00646.  Además, su número telefónico (312) 375-6983 y su correo electrónico es bill@pintasmullinspr.com.

**POR TODO LO CUAL**, se solicita que el Honorable Tribunal tome conocimiento de lo aquí dispuesto, dé por cumplida su orden y dicte cualquier otro remedio que en derecho proceda.

**RESPETUOSAMENTE SOMETIDO.**

En San Juan, Puerto Rico, a 14 de agosto de 2025.

**CERTIFICO** haber presentado este escrito a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC) que, a su vez, generará una notificación electrónica del documento presentado a los representantes legales registrados en el caso.

**Baralt Law LLC**
PO Box 195103
San Juan PR 00919
(939) 625-3712

**DEMANDA**
**Página** 2

**f/ CARLOS R. BARALT SUÁREZ**
TS Núm. 18,295
cbaralt@baraltlaw.com

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**CENTRO JUDICIAL DE BAYAMÓN**
**SALA SUPERIOR**

| | |
|---|---|
| **WILLIAM GEORGE PINTAS**  Demandante,  v.  **SETH BRUCE**  Demandado. | CIVIL NÚM. BY2025CV04149  SOBRE:  DAÑOS Y PERJUICIOS  DIFAMACIÓN |

**MOCIÓN INFORMANDO DILIGENCIAMIENTO DE EMPLAZAMIENTO**

**AL HONORABLE TRIBUNAL:**

**COMPARECE** la parte demandante, Sr. William George Pintas, representado por el abogado que suscribe y, muy respetuosamente, expone, alega y solicita:

1. El 14 de agosto de 2025 se diligenció el emplazamiento personal del demandado en el caso de autos, entregándosele copia del emplazamiento y la demanda en la ciudad de Chicago, IL. Adjunto affidavit de prueba de diligenciamiento como **Anejo 1**.

**POR TODO LO CUAL**, se solicita que el Honorable Tribunal tome conocimiento de lo aquí dispuesto, y dicte cualquier otro remedio que en derecho proceda.

**RESPETUOSAMENTE SOMETIDO.**

En San Juan, Puerto Rico, a 21 de agosto de 2025.

**CERTIFICO** haber presentado este escrito a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC) que, a su vez, generará una notificación electrónica del documento presentado a los representantes legales registrados en el caso.

**Baralt Law LLC**
PO Box 195103
San Juan PR 00919
(939) 625-3712

**f/ CARLOS R. BARALT SUÁREZ**
TS Núm. 18,295
cbaralt@baraltlaw.com

418902
Law Firm Ref#: William George Pintas

## Commonwealth of Puerto Rico
## GENERAL COURT OF JUSTICE
Court of First Instance
Superior Division of Bayamón

WILLIAM GEORGE PINTAS

        **Plaintiff(s),**

   VS

SETH BRUCE

        **Defendant(s).**

Case No.: **BY2025CV04149**

### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Jason Holinka** being first duly sworn on oath, deposes and states the following:
I am over the age of 18 and not a party to this action. I am a registered employee of It's Your Serve, Inc., Illinois Department of Financial and Professional Regulation number 117.000885.
INDIVIDUAL TO BE SERVED: **SETH BRUCE**

I, Served the within named INDIVIDUAL on **8/14/2025 at 5:10 PM**

**INDIVIDUAL SERVICE:** By delivering to the within named INDIVIDUAL a copy of this process personally.

TYPE OF PROCESS: **Summons captioned "Emplazamiento" and Complaint captioned "Demanda".**

ADDRESS WHERE SERVED: **368 W Huron St Apt 3N, Chicago, IL 60654-3424**

The sex, race and approximate age of the individual with whom the copy of this process was left is as follows:

Sex: **Male** - Race: **Caucasian** - Hair: **Wore Hat** - Approx. Age: **30-35** - Height: **5'7"** - Weight: **150**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

                         _____
                         Jason Holinka, Process Server

                  Dated: **8-18-25**



It's Your Serve, Inc.
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303

418902
Order #:418902/ILPRF441